UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LUCIEN DeROQUE,
        Plaintiff,

Case No: 03-CV-74194-DT
Honorable Anna Diggs Taylor
Magistrate Judge Komives

v.

U.S.S. GREAT LAKES FLEET,
        Defendant.

_____

## ORDER TO STRIKE DOCUMENT(S) and/or REMOVE IMAGE

    Upon review the court has determined that **Plaintiff's Motion for Order to Show Cause and for Sanctions [dkt #22]** filed on **September 29, 2005** was filed incorrectly for the following reason: **Proposed Order filed in violation of Rule 11**.

    **THEREFORE, Plaintiff's Motion for Order to Show Cause and for Sanctions** is stricken from the record and:

    ■ **the Clerk of Court is directed to remove all images from the ECF system**.*

DATED: <u>October 17, 2005</u>        s/Anna Diggs Taylor
                                                    ANNA DIGGS TAYLOR
                                                    UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing *Order* was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on **October 17, 2005**.

                                                s/Johnetta M. Curry-Williams
                                                Case Manager

\* removing the images makes them unavailable for the appeal record