UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LUCIEN DeROQUE,

    Plaintiff,

vs.                                      Case No.  03-74194

U.S.S. GREAT LAKES FLEET,          JUDGE ANNA DIGGS TAYLOR

    Defendant.                       MAGISTRATE JUDGE KOMIVES

_____

### ORDER DISMISSING PLAINTIFF'S MOTION
### FOR ORDER TO SHOW CAUSE WITHOUT PREJUDICE

The Court, being advised by counsel for Plaintiff that the subject of Plaintiff's Motion for Order to Show Cause and for Sanctions [dkt #22] appears to have been resolved; and the Court being otherwise fully advised in the premises;

The matter having come before the Court upon stipulation of the parties, and the Court being fully advised in the premises,

NOW, THEREFORE,

IT IS HEREBY ORDERED that Plaintiff's Motion for Order to Show Cause and for Sanctions is hereby dismissed without prejudice as to re-filing and without costs or attorney fees to either party.

DATED:  October 17, 2005                    s/Anna Diggs Taylor
                                                    ANNA DIGGS TAYLOR
                                                    UNITED STATES DISTRICT JUDGE

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing *Order* was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on **October 17, 2005**.

                                                           s/Johnetta M. Curry-Williams
                                                           Case Manager